O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON DAJON PHIPPS,<br><br>     Petitioner,<br><br>   v.<br><br>KEN CLARK, Warden,<br><br>     Respondent. | Case No. 2:21cv00871 DDP (MAR)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

  Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the First Amended Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: May 21, 2025

                     _____
                     HONORABLE DEAN D. PREGERSON
                     UNITED STATES DISTRICT JUDGE